JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEDA KIYANI,<br><br>Plaintiff,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California Corporation; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: SACV 23-1610-MWF(ADSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Having considered the parties' Stipulation for Dismissal with Prejudice (Docket No. 15), and for good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice. Each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge